An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM O. GIBBONS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61955

**FILED**

JUL 2 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a motion to correct an illegal sentence.[1] Sixth Judicial District Court, Lander County; Richard Wagner, Judge.

In his motion filed on March 29, 2012, appellant claimed that the district court lacked jurisdiction to convict him of murder because the criminal complaint and the information filed in the case failed to specify the location of the crime and failed to set forth how the murder was committed. Appellant failed to demonstrate that his sentence was facially illegal or that the district court lacked jurisdiction. *See Edwards v. State,* 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). As a separate and independent ground to deny relief, appellant's claims are belied by the record as the criminal complaint and information state that the murder occurred in Lander County in the State of Nevada and that the murder

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden,* 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21596

was committed by discharging a firearm. We therefore conclude that the district court did not err in denying appellant's motion. Accordingly, we ORDER the judgment of the district court AFFIRMED.[2]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:     Hon. Richard Wagner, District Judge
        William O. Gibbons
        Lander County District Attorney
        Attorney General/Carson City
        Lander County Clerk

---

[2]We have reviewed all documents that appellant has submitted in proper person to the clerk of this court in this matter, and we conclude that no relief based upon those submissions is warranted. To the extent that appellant has attempted to present claims or facts in those submissions which were not previously presented in the proceedings below, we have declined to consider them in the first instance.